Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 17−16588−MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward J. Malnak
   1038 Deerhaven Terrace
   Stewartsville, NJ 08886

Social Security No.:
   xxx−xx−5754

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Andrew G. Greenberg, Esq. the Albert Russo in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 12/06/2017.

Overlook at Lopatcong Condominium Assn

Dated: December 7, 2017
JAN: vpm

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Edward J. Malnak
    Debtor

Case No. 17-16588-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Dec 07, 2017
                         Form ID: 226      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.
db            +Edward J. Malnak,    1038 Deerhaven Terrace,    Stewartsville, NJ 08886-2919
517215529       +Overlook at Lopatcong Condominium Assn,    C/O Scholl, Whittlesey & Gruenberg,
                 1 East Main Street, Ste 1,    Flemington, NJ 08822-1200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2017 21:26:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Andrew G. Greenberg    on behalf of Debtor Edward J. Malnak a.greenberglawfirm@verizon.net
         Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                           TOTAL: 4