UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Edward J. Malnak | Case No.: 17-16588<br>Chapter: 13<br>Judge: Michael B. Kaplan |

### NOTICE OF PROPOSED PRIVATE SALE

_____Edward J. Malnak_____, _____debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____January 31, 2019_____ at ___9___ a.m. at the United States Bankruptcy Court, courtroom no. _____, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
1038 Deerhaven Terrace
Stewartsville, NJ 08886

Proposed Purchaser:
Terry Clancy

Sale price:
$211,500.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Robert J. Ellwood, Jr., Esq. | Jennifer Milo | Donna Chingery |
|---|---|---|---|
| Amount to be paid: | $1,300.00 | $3,247.50 | $5,212.50 |
| Services rendered: | Real Estate Attorney | Real Estate Agent | Real Estate Agent |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Andrew G. Greenberg, Esq.

Address: 4400 Route 9 South, Suite 1000, Freehold, NJ 07728

Telephone No.: 732-294-7880

*rev.8/1/15*

```
                                 United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                          Case No. 17-16588-MBK
Edward J. Malnak                                                                Chapter 13
          Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0312-3              User: admin                Page 1 of 2                  Date Rcvd: Jan 04, 2019
                                  Form ID: pdf905            Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2019.
db             +Edward J. Malnak,    1038 Deerhaven Terrace,    Stewartsville, NJ 08886-2919
cr             +Overlook at Lopatcong Condominium Association, Inc,    Scholl Whittlesey Grenberg,
                 1 East Main St,    Suite 1,    Flemington, NJ 08822-1200
cr             +ROUNDPOINT MORTGAGE SERVICING CORPORATION,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516741642      +American Express,    POB 981535,    El Paso, TX 79998-1535
516805118       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516741643     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     4161 Piedmont Parkway,    Greensboro, NC 27410)
516741644      +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516741646      +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
516741647      +Chase,    PO Box 15548,    Wilmington, DE 19886-5548
516741648      +Chase Home Finance,    PO Box 24696,    Columbus, OH 43224-0696
516741649      +Chase/Slate,    PO Box 1423,    Charlotte, NC 28201-1423
516763388      +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
516741650      +Citizens One Auto Finance,    One Citizens Drive,    Riverside, RI 02915-3035
516741651      +Gateway Funding,    300 Welsh Road,    Horsham, PA 19044-2273
516741652      +Gulf Oil,    80 William Street,    Suite 400,    Wellesley Hills, MA 02481-3705
516741653      +Home Depot,    PO Box 9001030,    Louisville, KY 40290-1030
516741654      +Overlook at Lopatcong Condominium,    Owner’s Association,    C/O Scholl, Whittlesey & Gruenberg,
                 1 East Main Street, Ste 1,    Flemington, NJ 08822-1200
517215529      +Overlook at Lopatcong Condominium Assn,    C/O Scholl, Whittlesey & Gruenberg,
                 1 East Main Street, Ste 1,    Flemington, NJ 08822-1200
517014791      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Suite 200,
                 Charlotte, NC 28217-1930
516741656      +Roundpoint,    PO Box 19409,    Charlotte, NC 28219-9409
516741657      +Sears/CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
516905874      +TD Bank,    Att: Michael Blaine,    30 Montgomery St Ste 1205,    Jersey City, NJ 07302-3835
516901986      +TD Bank, N.A.,    Payment Processing,    PO BOX 16029,    Lewiston, ME 04243-9507
516741663      +TD Bank/Target,    PO Box 673,    Minneapolis, MN 55440-0673
516741661      +Target,    PO Box 673,    Minneapolis, MN 55440-0673
516741665      +WFFNB/Raymour & Flanigan,    PO Box 14517,    Des Moines, IA 50306-3517
516741664      +Wells Fargo Home Mortgage,    POB 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2019 23:29:43      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2019 23:29:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516741645      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 04 2019 23:26:39      Capital One/Best Buy,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
517066913      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 04 2019 23:26:49      LVNV Funding LLC,
                 c/o Resurgent Capital Services,     PO Box 10587,   Greenville, SC 29603-0587,
                 LVNV Funding LLC,    c/o Resurgent Capital Services 29603-0587
517066912       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 04 2019 23:26:50      LVNV Funding LLC,
                 c/o Resurgent Capital Services,     PO Box 10587,   Greenville, SC 29603-0587
516741655      +E-mail/Text: bankruptcy@prosper.com Jan 04 2019 23:30:09      Prosper Marketplace,
                 PO Box 396081,    San Francisco, CA 94139-6081
516995600      +E-mail/Text: bncmail@w-legal.com Jan 04 2019 23:29:51      Prosper Marketplace Inc.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516741658      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2019 23:26:11      SYNCB/Amazon,    PO Box 965015,
                 Orlando, FL 32896-5015
516741659      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2019 23:26:11      SYNCB/Golfsmith,   PO Box 960061,
                 Orlando, FL 32896-0061
516741660      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2019 23:26:34      SYNCB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
516742665      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2019 23:26:11      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516999877      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2019 23:26:59      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516741662       E-mail/Text: bankruptcy@td.com Jan 04 2019 23:29:46      TD Bank,   PO Box 219,
                 Lewiston, ME 04243
516865836      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 04 2019 23:37:52      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jan 04, 2019
                              Form ID: pdf905          Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Andrew G. Greenberg     on behalf of Debtor Edward J. Malnak a.greenberglawfirm@verizon.net
          Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 5
```