UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 294-7880
Attorney for Debtor

**Order Filed on January 17, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Edward J. Malnak

Case No.:        17-16588

Chapter:           13

Judge:      Michael B. Kaplan

## ORDER AUTHORIZING RETENTION OF

Robert J. Elwood, Jr., Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: January 17, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ Robert J. Ellwood, Jr., Esq. _____

as _____ Special Counsel _____, it is hereby ORDERED:

1.   The applicant is authorized to retain the above party in the professional capacity noted.
     The professional's address is:  94 South Main Street _____
     _____ Phillipsburg, NJ 08865 _____

     _____

2.   Compensation will be paid in such amounts as may be allowed by the Court on proper
     application(s).

3.   If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

     ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

     ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
     13 case. Payment to the professional may only be made after satisfactory completion of
     services.

4.   The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*